# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

TRACEY K., )
)
   Plaintiff, )
)
v. )   Civil Action No. 3:21-cv-687–HEH
)
KILOLO KIJAKAZI, )
Commissioner of Social Security, )
)
   Defendant. )

## FINAL ORDER
### (Adopting Magistrate Judge's Report and Recommendation)

This matter is before the Court on Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge, filed on November 3, 2022. (ECF No. 21.) Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 20) is ACCEPTED and ADOPTED;
(2) Plaintiff's Motion for Summary Judgment (ECF No. 18) is DENIED;
(3) Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED; and
(4) The decision of the Commissioner is AFFIRMED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                              /s/
                                    Henry E. Hudson
                                    Senior United States District Judge

Richmond, Virginia
Date: March 7, 2023